CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED Roanoke
AUG 15 2014
JULIA C. DUDLEY, CLERK
BY: F. Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JANICE MOTLEY,<br>　　Plaintiff, | Civil Action No. 7:14-cv-00351 |
| v. | **MEMORANDUM OPINION** |
| MS. BROGGINS, et al.,<br>　　Defendant(s). | By:　Norman K. Moon<br>United States District Judge |

Janice Motley, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered July 25, 2014, the court directed Plaintiff to submit within 10 days from the date of the Order the consent to withholding of fees form from Plaintiff's inmate account. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and Plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once Plaintiff is prepared to comply with the noted conditions.

ENTER: This 15th day of August, 2014.

　　　　　　　　　　　　　　　　Norman K. Moon
　　　　　　　　　　　　　　　　United States District Judge