CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
AUG 15 2014
JULIA C. DUDLEY, CLERK
BY: /s/ Collins
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JANICE MOTLEY, | ) | |
| Plaintiff, | ) | Civil Action No. 7:14-cv-00351 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MS. BROGGINS, et al., | ) | By: Norman K. Moon |
| Defendant(s). | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for Plaintiff's failure to comply, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 15th day of August, 2014.

Norman K. Moon
United States District Judge